■ In the Matter of the Estate of KELVIN J. DOWD, Deceased. ARTHUR J. ROUSE, Appellant; GRACE C. DOWD, as Executrix of KELVIN J. DOWD, Deceased, Respondent.—In a proceeding by an executrix to fix the compensation of an attorney pursuant to SCPA 2110, the attorney appeals from a decree of the Surrogate's Court, Rockland County, dated March 20, 1979, which fixed his compensation in the amount of $1,000 and directed him to refund to the executrix the excess compensation he received in the amount of $2,103.90. Decree modified, on the facts, by increasing the attorney's compensation to $2,500 with the remainder to be refunded to the executrix. As so modified, decree affirmed, without costs or disbursements. The reduction ordered in the attorney's fee constituted an abuse of discretion to the extent indicated. The Surrogate should have compared the fee agreed upon with the customary fee attorneys charge for similar services (see *Matter of Freeman*, 34 NY2d 1). Rabin, J. P., Cohalan, O'Connor and Weinstein, JJ., concur.

■ In the Matter of LENA FLORIO, Appellant, v CHARLES S. FLORIO, Respondent.—In a support proceeding, the petitioner wife appeals, as limited by her brief, from so much of an order of the Family Court, Nassau County, entered April 3, 1979, as denied her support for herself and awarded child support of $25 per week. Order modified, on the law and the facts, by adding thereto a provision requiring the respondent to pay the petitioner support for herself of $25 per week. As so modified, order affirmed insofar as appealed from, without costs or disbursements. In view of the financial circumstances of the parties the order under review was deficient insofar as it failed to make adequate provision for the petitioner. Lazer, J. P., Gibbons, Gulotta and Margett, JJ., concur.